J. A. GRAHAM AS ADMR. *v.* MARGARET W. HODGES, &c.

**Partnership—Settlement—Laches.**

Where a partner failed to demand a settlement of a partnership for six years after it had been closed, though could have done so any day, and failure to exhibit the books upon warning by the Court, is guilty of gross laches, and his action will be dismissed.

APPEAL FROM FRANKLIN CIRCUIT COURT.

October 6, 1870.

OPINION OF THE COURT BY JUDGE PETERS:

The partnership closed in 1861, the parties lived in the immediate neighborhood of each other, until the death of Sullivan in January, 1867; their opportunities for settling and closing up the firm accounts might be said to be daily for nearly six years, and with this suit no books are exhibited; the surviving partner fails not only, when warned by the court below of the consequences, to exhibit any account of the transactions of his late firm by the books, or a statement of the business, but fails to show that it was not in his power to produce the books, or the proper statement of the transaction and business of his firm.

Under such circumstances, this court cannot say that the court below after waiting at least a reasonable time on appellant, erred in dismissing his petition.

Wherefore, the judgment is affirmed.

*James, for appellant.*
*Drane, for appellees.*